IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| ISSAC B. TIGRETT, III, | ) |
| Plaintiff, | ) |
| v. | ) No. 03-2659 MI/V |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

**ORDER TO FILE TRIAL TRANSCRIPT**

The Court has determined that the filing of the November 22, 2004, trial transcript in this case is necessary to conclude its opinion in this case. Accordingly, the parties are hereby ORDERED to request and file with the Court a copy of the November 22, 2004, trial transcript in this case within 14 days of the entry of this order.[1] The parties shall share the costs of the transcript equally.

So ORDERED this 27 day of May, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

---

[1] A copy of the trial transcript in this case may be ordered by contacting Court Reporter Brenda Parker at (901) 526-8769.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-1-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 49 in case 2:03-CV-02659 was distributed by fax, mail, or direct printing on June 1, 2005 to the parties listed.

---

Cannon F. Allen
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

R. Scott Clarke
US DEPARTMENT OF JUSTICE
P.O. Box 227
Ben Franklin Station
Washington, DC 20044

Lloyd De Vos
HILL BETTS & NASH, LLP
200 Liberty St.
20th Floor
New York, NY 10281

Ivan C. Dale
US DEPARTMENT OF JUSTICE
P.O. Box 227
Ben Franklin Station
Washington, DC 20044

Honorable Jon McCalla
US DISTRICT COURT