FILED BY /C  D.C.

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

05 AUG -4  AM 9: 02

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| **ISAAC B. TIGRETT,** | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| v. | |
| **UNITED STATES OF AMERICA,** | CASE NO: 03-2659 Ml/V |
| Defendant. | |

## JUDGMENT

**JUDGMENT BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Opinion and Order Following Non-Jury Trial, entered August 3, 2005, judgment is hereby entered in favor of Plaintiff Isaac B. Tigrett and against Defendant United States of America regarding Plaintiff's claim that he is entitled to deduct $22,601.00 in legal fees and $1,709.00 in interest expenses pursuant to 26 U.S.C. §§ 162 and 212. Judgment is hereby entered in favor of Defendant and against Plaintiff regarding all of Plaintiff's remaining claims.

APPROVED:

/s/ Jon P. McCalla

JON P. McCALLA
UNITED STATES DISTRICT COURT

Aug 3, 2005
Date

THOMAS M. GOULD
Clerk of Court

/s/ Judy Easley
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on  8-4-05

52

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 52 in case 2:03-CV-02659 was distributed by fax, mail, or direct printing on August 4, 2005 to the parties listed.

---

Cannon F. Allen
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

R. Scott Clarke
US DEPARTMENT OF JUSTICE
P.O. Box 227
Ben Franklin Station
Washington, DC 20044

Ivan C. Dale
US DEPARTMENT OF JUSTICE
P.O. Box 227
Ben Franklin Station
Washington, DC 20044

Lloyd De Vos
HILL BETTS & NASH, LLP
200 Liberty St.
20th Floor
New York, NY 10281

Honorable Jon McCalla
US DISTRICT COURT