IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| ISAAC B. TIGRETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 03-2659 Ml/V |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

## ORDER SETTING TELEPHONE CONFERENCE

The Court will hold a brief telephone conference in this cause on <u>Friday, September 2, 2005, at 11:00 a.m.</u>  During the conference, the parties should be prepared to discuss the parties' Joint Motion to Alter or Amend Judgment to determine where the $8,521 figure proposed for judgment was previously submitted in the record.

Plaintiff shall initiate the call with all parties on the line.

So ORDERED this 25 day of August, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  8-29-05

54

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 54 in case 2:03-CV-02659 was distributed by fax, mail, or direct printing on August 29, 2005 to the parties listed.

---

Cannon F. Allen
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

R. Scott Clarke
US DEPARTMENT OF JUSTICE
P.O. Box 227
Ben Franklin Station
Washington, DC 20044

Lloyd De Vos
HILL BETTS & NASH, LLP
200 Liberty St.
20th Floor
New York, NY 10281

Ivan C. Dale
US DEPARTMENT OF JUSTICE
P.O. Box 227
Ben Franklin Station
Washington, DC 20044

Honorable Jon McCalla
US DISTRICT COURT