IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP -2 PM 5: 20

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| ISAAC B. TIGRETT, III, | ) |
| Plaintiff, | ) |
| v. | ) No. 03-2659 MI/V |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

### ORDER GRANTING JOINT MOTION TO ALTER OR AMEND JUDGMENT AND FOR RELIEF FROM ORDER
### ORDER VACATING JUDGMENT AND OPINION AND ORDER FROM AUGUST 4, 2005

Before the Court is the Joint Motion to Alter or Amend Judgment and for Relief from Order, filed on August 18, 2005. Good cause having been shown, the motion is GRANTED.

On August 4, 2005, the Court entered an Opinion and Order Following Non-Jury Trial which made findings regarding Plaintiff's entitlement to certain tax deductions. Also on August 4, 2005, the Court entered a judgment in this case. The parties have jointly moved to alter or amend that judgment and for relief from judgment with respect to specified findings of the Court's August 4, 2005, order regarding the deduction of certain attorney's fees ($22,601) and an offset in interest paid ($1,709) by First Union on cash balances held in escrow.

The parties' Joint Motion to Alter or Amend Judgment is hereby GRANTED. An Amended Judgment and Amended Opinion and

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 9-6-05

57

Order Following Non-Jury Trial reflecting the minor changes agreed upon by the parties will be entered simultaneously with this order, and the prior Judgment (Docket No. 52) and Opinion and Order Following Non-Jury Trial (Docket No. 51) of August 4, 2005, are hereby VACATED.

So ORDERED this 2 day of September, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 57 in case 2:03-CV-02659 was distributed by fax, mail, or direct printing on September 6, 2005 to the parties listed.

---

Cannon F. Allen
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Ivan C. Dale
US DEPARTMENT OF JUSTICE
P.O. Box 227
Ben Franklin Station
Washington, DC 20044

R. Scott Clarke
US DEPARTMENT OF JUSTICE
P.O. Box 227
Ben Franklin Station
Washington, DC 20044

Lloyd De Vos
HILL BETTS & NASH, LLP
200 Liberty St.
20th Floor
New York, NY 10281

Honorable Jon McCalla
US DISTRICT COURT