FILED BY [illegible] D.C.
05 SEP -2 PM 5:21
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

**ISAAC B. TIGRETT,**

**Plaintiff,**

**v.**

**UNITED STATES OF AMERICA,**

**Defendant.**

**JUDGMENT IN A CIVIL CASE**

**CASE NO: 03-2659 Ml/V**

**AMENDED JUDGMENT**

**JUDGMENT BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Amended Opinion and Order Following Non-Jury Trial, entered September 2, 2005, judgment is hereby entered in favor of Plaintiff Isaac B. Tigrett and against Defendant United States of America in the amount of $8,521.00 plus interest accruing from April 15, 1998, until paid. Judgment is hereby entered in favor of Defendant and against Plaintiff regarding all of Plaintiff's remaining claims.

APPROVED:

JON P. McCALLA
UNITED STATES DISTRICT COURT

Sept. 2, 2005
Date

THOMAS M. GOULD
Clerk of Court

(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9-6-05

59

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 59 in case 2:03-CV-02659 was distributed by fax, mail, or direct printing on September 6, 2005 to the parties listed.

---

Cannon F. Allen
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Lloyd De Vos
HILL BETTS & NASH, LLP
200 Liberty St.
20th Floor
New York, NY 10281

R. Scott Clarke
US DEPARTMENT OF JUSTICE
P.O. Box 227
Ben Franklin Station
Washington, DC 20044

Ivan C. Dale
US DEPARTMENT OF JUSTICE
P.O. Box 227
Ben Franklin Station
Washington, DC 20044

Honorable Jon McCalla
US DISTRICT COURT